

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Watts Regulator Co. v. Texas Farmers Insurance Company as
                            Subrogee of Juan Perez

Appellate case number:      01-16-00668-CV

Trial court case number:    2015-37398

Trial court:                127th District Court of Harris County

      All proceedings in the trial court, including trial and all discovery, are STAYED pending resolution of this appeal or further order of this court. This order replaces the stay order issued on August 29, 2016 in this appeal.

      It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle_____
                            Acting individually


Date: October 6, 2016_____